THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS MALINSKI and SIDNEY RUDISH, Appellants.

Submitted May 14, 1945; decided May 17, 1945.

Motion by appellant Sidney Rudish for reargument granted. Case set down for argument during week of June 4, 1945. [See 292 N. Y. 360.]